UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2013-1
JUNE 25, 2012 SESSION



FILED
JUN 25 2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:13-cr-00175
       18 U.S.C. § 924(a)(1)(A)
TENNIS MAYNARD   18 U.S.C. § 922(g)(4)
       18 U.S.C. § 924(a)(2)

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

1.  At all relevant times, Gander Mountain was located in South Charleston, Kanawha County, West Virginia, and was a licensed dealer of firearms as defined in 18 U.S.C. § 921(a)(11).

2.  On or about March 7, 2010, at or near South Charleston, Kanawha County, West Virginia and within the Southern District of West Virginia, defendant TENNIS MAYNARD did knowingly make a false statement and representation with respect to the information required by the provision of Chapter 44, Title 18, United States Code, to be kept in the records of Gander Mountain, that is, defendant TENNIS MAYNARD stated and represented on a Department of Justice ATF Form 4473 that he has never been committed to a mental institution when, in fact, on

or about February 10, 2010, in the Circuit Court of Mingo County, West Virginia, defendant TENNIS MAYNARD was committed to a mental institution.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO

1. On or about March 10, 2010, at or near South Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant TENNIS MAYNARD possessed a Smith and Wesson, .40 caliber pistol, in and affecting commerce.

2. At the time defendant TENNIS MAYNARD possessed the aforesaid firearm, he had previously been committed to a mental institution.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

## COUNT THREE

1. At all relevant times, Gander Mountain was located in South Charleston, Kanawha County, West Virginia, and was a licensed dealer of firearms as defined in 18 U.S.C. § 921(a)(11).

2. On or about October 7, 2010, at or near South Charleston, Kanawha County, West Virginia and within the Southern District of West Virginia, defendant TENNIS MAYNARD did knowingly make a false statement and representation with respect to the information required by the provision of Chapter 44, Title 18, United States Code, to be kept in the records of Gander Mountain, that is, defendant TENNIS MAYNARD stated and represented on a Department of Justice ATF Form 4473 that he has never been committed to a mental institution when, in fact, on or about February 10, 2010, in the Circuit Court of Mingo County, West Virginia, defendant TENNIS MAYNARD was committed to a mental institution.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FOUR

1. On or about October 10, 2010, at or near South Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant TENNIS MAYNARD possessed a Walther, 380 pistol, in and affecting commerce.

2. At the time defendant TENNIS MAYNARD possessed the aforesaid firearm, he had previously been committed to a mental institution.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

## COUNT FIVE

1. At all relevant times, B & B Loans was located in Logan, Logan County, West Virginia, and was a licensed dealer of firearms as defined in 18 U.S.C. § 921(a)(11).

2. On or about December 7, 2010, at or near Logan, Logan County, West Virginia and within the Southern District of West Virginia, defendant TENNIS MAYNARD did knowingly make a false statement and representation with respect to the information required by the provision of Chapter 44, Title 18, United States Code, to be kept in the records of B & B Loans, that is, defendant TENNIS MAYNARD stated and represented on a Department of Justice ATF Form 4473 that he has never been committed to a mental institution when, in fact, on or about February 10, 2010, in the Circuit Court of Mingo County, West Virginia, defendant TENNIS MAYNARD was committed to a mental institution.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT SIX

1.   On or about December 7, 2010, at or near Logan, Logan County, West Virginia, within the Southern District of West Virginia, defendant TENNIS MAYNARD possessed a Glock, Model 27, .40 caliber pistol, in and affecting commerce.

2.   At the time defendant TENNIS MAYNARD possessed the aforesaid firearm, he had previously been committed to a mental institution.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

## COUNT SEVEN

1. At all relevant times, Johnny's Gun & Pawn was located in Huntington, Cabell County, West Virginia, and was a licensed dealer of firearms as defined in 18 U.S.C. § 921(a)(11).

2. On or about October 11, 2011, at or near Huntington, Cabell County, West Virginia and within the Southern District of West Virginia, defendant TENNIS MAYNARD did knowingly make a false statement and representation with respect to the information required by the provision of Chapter 44, Title 18, United States Code, to be kept in the records of Johnny's Gun & Pawn, that is, defendant TENNIS MAYNARD stated and represented on a Department of Justice ATF Form 4473 that he has never been committed to a mental institution when, in fact, on or about February 10, 2010, in the Circuit Court of Mingo County, West Virginia, defendant TENNIS MAYNARD was committed to a mental institution.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT EIGHT

1. At all relevant times, Gander Mountain was located in South Charleston, Kanawha County, West Virginia, and was a licensed dealer of firearms as defined in 18 U.S.C. § 921(a)(11).

2. On or about December 6, 2011, at or near South Charleston, Kanawha County, West Virginia and within the Southern District of West Virginia, defendant TENNIS MAYNARD did knowingly make a false statement and representation with respect to the information required by the provision of Chapter 44, Title 18, United States Code, to be kept in the records of Gander Mountain, that is, defendant TENNIS MAYNARD stated and represented on a Department of Justice ATF Form 4473 that he has never been committed to a mental institution when, in fact, on or about February 10, 2010, in the Circuit Court of Mingo County, West Virginia, defendant TENNIS MAYNARD was committed to a mental institution.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT NINE

1. On or about April 3, 2013, at or near Delbarton, Mingo County, West Virginia, within the Southern District of West Virginia, defendant TENNIS MAYNARD possessed a Smith and Wesson, .40 caliber pistol, in and affecting commerce.

2. At the time defendant TENNIS MAYNARD possessed the aforesaid firearm, he had previously been committed to a mental institution.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

## COUNT TEN

1. On or about April 3, 2013, at or near Williamson, Mingo County, West Virginia, within the Southern District of West Virginia, defendant TENNIS MAYNARD possessed a Glock, Model 27, .40 caliber pistol, in and affecting commerce.

2. At the time defendant TENNIS MAYNARD possessed the aforesaid firearm, he had previously been committed to a mental institution.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

          R. BOOTH GOODWIN II
          United States Attorney

By: _____
     STEVEN I. LOEW
     Assistant United States Attorney